# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

SEP 7 2023 PM3:16
FILED - USDC - NDTX - LU

**Kenneth Johnson**
Plaintiff

v.

Civil Action No. **5-23CV-209-H**

**Seagrave Compress-Trinity Company - P.O Box 16606 Lubbock Texas**
Defendant **Seagrave TX 79359**

## COMPLAINT

On or around 8-10-2021 the Manager Junior Hernandez came to me Kenneth Johnson discussing the physical defects of the Forklift I was drive after He told me the physical Defect of the forklift He Looked up At And said that the Forklift is nigger Rigged it Really upset but me Knowing If I had acted aggressive by any Manner I would of gotten Terminated so I drove away then on or around 1/17/2022 the manager Junior Hernandez approach me again Explaining the Same physical Defect of my Forklift knowing that I did not call him over to where I was but took upon himself to approach me again And stated that my Forklift is nigger rigged. then yes got Really Furstrated I was Already upset from when he said that my Forklift is nigger rigged then I went to Leadman Marcelino perez And told him what Junior Hernandez said to me, And then Junior said if I didn't like to, Leave But I didn't so, When Harvest Season was over He Fired me

* Attach additional pages as needed.

Date / Signature: DATE. 9-7-2023    Signature - Kenneth Johnson

Print Name: Kenneth Johnson

Address: 1207 Ave G - P.O Box 1171

City, State, Zip: Seagave TX 79359

Telephone: 806-332-4533