UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KENNETH JOHNSON,

    Plaintiff,

v.                                                       No. 5:23-CV-209-H

SEAGRAVE COMPRESS – TRINITY
COMPANY,

    Defendant.

## FINAL JUDGMENT

For the reasons stated in the Court's Order adopting the Magistrate Judge's findings, conclusions, and recommendation, Dkt. No. 11, it is hereby ORDERED, ADJUDGED, and DECREED that:

    The plaintiff's claims against the defendant are dismissed with prejudice.

    The Clerk of Court is directed to close the case.

    So ordered on April 12, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE